

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Jose Estrada #h-73256

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Tom Dart

**RECEIVED**

SEP 1 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 8471
(To be supplied by the <u>Clerk of this Court</u>)

Judge James B. Zagel

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jose Estrada

   B. List all aliases: None

   C. Prisoner identification number: #M-73256

   D. Place of present confinement: Lincoln C. Center

   E. Address: PO Box 549 Lincoln, IL 62656

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Sheriff Tom Dart

   Title: _____

   Place of Employment: Cook County Jail

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Civil Right Action 16-C-8471

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: Tom Dart

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook

   F. Name of judge to whom case was assigned: James B. Zagel

   G. Basic claim made: Subjecting him to unhumane Conditions of Confinement while living in Cook County Jail.

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While staying in Cook County Jail I told the officer about how nasty our unit was and that we needed cleaning supply to keep our unit clean free. But during that time supplies never wasn't given to use. I was told that we wasn't allowed any, how could they have a person living in a place like this, if he or she isn't given any cleaning supply to keep his living area clean. this has violated my 4th 8th and 14th amendment. people health is at risk living in this place. We as human being should be treated fair while staying in Cook County Jail.
End of claim.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the Deliberate indifference shown by Defendants Plantiff ask to find in his favor for $500,000 Plantiff Sue Defendant in the individual & offical Capacity with all Respect Due as a Body.

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12th day of Sept, 20 16

_____
(Signature of plaintiff or plaintiffs)

Jose Estrada
(Print name)

K73256
(I.D. Number)

PO Box 549
Lincoln, IL 62656
(Address)